Order issued February 23, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-14-00309-CR
_____

**PATRICK DARNELL LAWRENCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

# O R D E R

Before Chief Justice Wright and Justices Myers and Evans

Based on the Court's opinion of this date, we **GRANT** the August 22, 2014 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Patrick Darnell Lawrence, TDCJ No. 1914343, Sanchez State Jail, 3901 State Jail Road, El Paso, Texas, 79938-8456.

/ Lana Myers/
LANA MYERS
JUSTICE